3:22CV1416-N
Jury Note
ATC Media v. Michaels, et al

CHAMBERS OF DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE
1100 COMMERCE STREET, ROOM 1358
DALLAS, TEXAS 75242

WE WOULD LIKE TO VIEW THE POSTER BOARDS WITH BOTH PRODUCTS PRESENTED SIDE BY SIDE AND THE ARTIST LOFT PBN KIT.

James Birdwell
6-6-2024