IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ATC MEDIA, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil No. 3:22-CV-1416-N |
| MICHAELS STORES, INC., *et al.*, | § § § | |
| Defendants. | § § | |

## VERDICT OF THE JURY

We, the jury, have answered the above questions as indicated, and now return those questions and answers to the Court as our verdict.

SIGNED this **06** day of June, 2024.

_____
PRESIDING JUROR